UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES PATRICK FINNERTY III,

    Plaintiff,

v.                                      Case No: 6:14-cv-2052-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 23). The assigned United States Magistrate Judge has submitted a Report (Doc. 24) recommending that the motion be granted; that the Commissioner be ordered to pay Plaintiff attorney's fees in the total amount of $3,332.10; and that the Court permit the Commissioner, in her discretion, to pay all or part of the attorney's fees to Plaintiff's counsel if she determines that it is appropriate to do so. After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 23) is **GRANTED**.

3. The Commissioner shall pay Plaintiff attorney's fees in the total amount of $3,332.10. In her discretion, the Commissioner may pay all or part of this amount to Plaintiff's counsel as set forth in the Report.

**DONE** and **ORDERED** in Orlando, Florida, on January 27, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record